**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

EUGENION ANDINO-HERNANDEZ, :

                    **Plaintiff**    :

              v.              :

MS. MASON, *et al*.,          :

              **Defendants**   :

**CIVIL ACTION NO. 3:21-1570**

**(JUDGE MANNION)**

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1. Defendants' motions to dismiss Plaintiff's Eighth Amendment medical indifference claim, ADA claim, and state law claims (Docs. 29, 30) are **GRANTED.**

2. Defendants' motions to dismiss Plaintiff's Eighth Amendment conditions of confinement claim (Docs. 29, 30) are **DENIED.**

3. Within twenty (21) days of the date of this Order, Defendants shall file an answer or other responsive pleading directed at Plaintiff's remaining Eighth Amendment conditions of confinement claim.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  March 24, 2023**
21-1570-01-ORDER